CITY OF NEW HAVEN ET AL. *v.*
ANGELIKA KONSTANDINIDIS
(AC 10784)
ANGELIKA PAPAGORGIOU *v.* ANGELO ANASTOPOULOS
(AC 10380)

The petitioners Angelika Konstandinidis' and Angelika Papagorgiou's petitions for certification for appeal from the Appellate Court, 29 Conn. App. 139 (AC 10784) and 29 Conn. App. 142 (AC 10380), are denied.

*Angelika Papagorgiou,* pro se, in support of the petition.

*Diane Polan,* in opposition.

Decided December 14, 1992

DAVID NAUGHTON *v.* ALAN HAGER

The defendant's petition for certification for appeal from the Appellate Court, 29 Conn. App. 181 (AC 10551), is denied.

*Edward N. Lerner,* in support of the petition.

*Michael P. Foley, Jr.,* in opposition.

Decided December 14, 1992

STATE OF CONNECTICUT *v.* JOSEPH JOHNSON

The defendant's petition for certification for appeal from the Appellate Court, 29 Conn. App. 394 (AC 10360), is granted, limited to the following issues: